FILED
MAY 28 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

LODGED
MAY 27 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOSE GUTIERREZ-VALENZUELA

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) NO. 1:09-CR-0215 OWW
                                      )
12 |        Plaintiff,                ) [PROPOSED] SEALING ORDER
                                      )
13 |   v.                             )
                                      )
14 | JOSE GUTIERREZ-VALENZUELA,       ) Judge: Hon. Oliver W. Wanger
                                      )
15 |        Defendant.                )
                                      )
16 | _____  )

17        **The Court hereby Orders** that due to the nature of certain information contained therein,

18 defendant's (1) Application for Subpoena Duces Tecum Pursuant to Fed.R.Crim.P. 17(c) on Behalf of

19 Defendant Jose Gutierrez-Valenzuela; Memorandum of Points and Authorities; Declaration, the

20 (2) [Proposed] Order Granting Application for Subpoena Duces Tecum Pursuant to Fed.R.Crim.P. 17(c),

21 and (3) the Order Granting Application for Subpoena Duces Tecum Pursuant to Fed.R.Crim.P. 17(c) be

22 filed *under seal* until further order of the Court.

23        **IT IS SO ORDERED.**

24 Dated: May 28, 2010

25                                          OLIVER W. WANGER, Senior Judge
                                            United States District Court
26

27

28

CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-00215 OWW |
| Plaintiff, | |
| v. | |
| JOSE GUTIERREZ-VALENZUELA, | |
| Defendant. | |

The undersigned hereby certifies that he/she is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

On May 27, 2010, she personally served a copy of the attached:

**[PROPOSED] SEALING ORDER**

upon the interested parties in said action by hand delivery to the persons at the places hereinafter set forth, as follows:

SUSAN PHAN
Assistant United States Attorney
Federal Building, Room 4401
2500 Tulare Street
Fresno, CA  93721

DATED: May 27, 2010

Priscilla Reyes