DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Jose Gutierrez-Valenzuela

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE GUTIERREZ-VALENZUELA,<br><br>　　　　　Defendant. | NO. 1:09-cr-00215 OWW<br><br>STIPULATION TO SET STATUS CONFERENCE HEARING; ORDER THEREON<br><br>Date:　July 26, 2010<br>Time:　1:30 P.M.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a status conference hearing may be set in the above-captioned proceedings for July 26, 2010, at 1:30 P.M.

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney<br>/s/ Susan Phan<br>SUSAN PHAN<br>Assistant United States Attorney<br>Attorney for Plaintiff<br>DATED: July 22, 2010 | DANIEL J. BRODERICK<br>Federal Defender<br>/s/ Marc Days<br>MARC DAYS<br>Assistant Federal Defender<br>Attorney for Defendant<br>DATED: July 22, 2010 |

IT IS SO ORDERED.

**Dated:　July 22, 2010**　　　　　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE