DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Jose Gutierrez-Valenzuela

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-00215 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON |
| v. | ) ) | Date: August 30, 2010 |
| JOSE GUTIERREZ-VALENZUELA, | ) ) | Time: 9:00 A.M. Judge: Hon. Oliver W. Wanger |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference hearing in the above-referenced matter now set for August 23, 2010, in the above-captioned proceedings **may be continued to August 30, 2010, at 9:00 A.M.**

This continuance is requested by counsel for defendant to allow additional time for defense investigation prior to hearing. Additionally, counsel for defendant will not be in his office on August 23, 2010, the date now set for hearing. The requested continuance will conserve time and resources for both counsel and the court and also allow for continuity of counsel in these proceedings.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATED:  August 12, 2010             /s/  Susan Phan
                                    SUSAN PHAN
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED:  August 12, 2010             /s/  Marc Days
                                    MARC DAYS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JOSE GUTIERREZ-VALENZUELA
```

# O R D E R

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   August 12, 2010**            /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE