DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Jose Gutierrez-Valenzuela

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-00215 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO RE-SET MOTIONS SCHEDULE AND CONTINUE MOTIONS |
| v. | ) ) | HEARING; ORDER |
| JOSE GUTIERREZ-VALENZUELA, | ) ) | Date: January 31, 2011 Time: 9:00 A.M. |
| Defendant. | ) ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set in the above-captioned proceedings as follows: motions shall be due on or before December 20, 2010, responses shall be due on or before January 17, 2011, and **the hearing on motions now set for November 29, 2010, shall be continued to January 31, 2011, at 9:00 A.M.**

This continuance is requested by counsel for defendant to allow additional time for defense investigation prior to hearing. The requested continuance will conserve time and resources for both counsel and the court and also allow for continuity of counsel in these proceedings.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                              Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: November 9, 2010                /s/ Susan Phan
                                              SUSAN PHAN
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: November 9, 2010                /s/ Marc Days
                                              MARC DAYS
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              JOSE GUTIERREZ-VALENZUELA

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   November 9, 2010**                /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE