1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  Jose Gutierrez-Valenzuela

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   NO. 1:09-cr-00215 OWW
                                      )
12          Plaintiff,                )   STIPULATION TO RE-SET MOTIONS
                                      )   SCHEDULE AND CONTINUE MOTIONS
13     v.                             )   HEARING; ORDER
                                      )
14 JOSE GUTIERREZ-VALENZUELA,         )   Date:  March 21, 2011
                                      )   Time:  9:00 A.M.
15          Defendant.                )   Judge: Hon. Oliver W. Wanger
                                      )
16 _____  )

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel that a new motions schedule be set in the above-captioned proceedings as follows:  motions shall

20 be due on or before February 14, 2011, responses shall be due on or before March 14, 2011, and **the**

21 **hearing on motions now set for January 31, 2011, shall be continued to March 21, 2011, at**

22 **9:00 A.M.**

23      This continuance is requested by counsel for defendant to allow additional time for defense

24 investigation prior to hearing.  The requested continuance will conserve time and resources for both

25 counsel and the court and also allow for continuity of counsel in these proceedings.

26      The parties agree that the delay resulting from the continuance shall be excluded in the interests of

27 justice, including but not limited to, the need for the period of time set forth herein for further defense

28 preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

   ///

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: January 27, 2011 | /s/  Susan Phan<br>SUSAN PHAN<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: January 27, 2011 | /s/  Marc Days<br>MARC DAYS<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSE GUTIERREZ-VALENZUELA |

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   January 27, 2011**             /s/ **Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

2