1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  Jose Gutierrez-Valenzuela

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-00215 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO RE-SET MOTIONS SCHEDULE AND CONTINUE MOTIONS HEARING; ORDER |
| v. | ) | |
| JOSE GUTIERREZ-VALENZUELA, | ) | Date: May 16, 2011 |
| Defendant. | ) | Time: 9:00 A.M. |
|  | ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set in the above-captioned proceedings as follows: motions shall be due on or before April 11, 2011, responses shall be due on or before May 2, 2011, and **the hearing on motions now set for March 21, 2011, shall be continued to May 16, 2011, at 9:00 A.M.**

This continuance is requested by counsel for defendant to allow additional time for defense investigation prior to hearing.  The requested continuance will conserve time and resources for both counsel and the court and also allow for continuity of counsel in these proceedings.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

///

///

```
                                          Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney


DATED:  March 16, 2011                    /s/  Ian Garriques
                                          IAN GARRIQUES
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


                                          DANIEL J. BRODERICK
                                          Federal Defender


DATED:  March 16, 2011                    /s/  Marc Days
                                          MARC DAYS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JOSE GUTIERREZ-VALENZUELA
```

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   March 16, 2011**                    /s/ Oliver W. Wanger
                                               UNITED STATES DISTRICT JUDGE