BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) Case No. 1:09-cr-00215 OWW |
| | ) |
| Plaintiff, | ) STIPULATION TO CONTINUE MOTION |
| | ) SCHEDULE AND MOTION HEARING; |
| v. | ) ORDER |
| | ) |
| JOSE GUTIERREZ-VALENZUELA, | ) Date:  July 25, 2011 |
| | ) Time:  9:00 a.m. |
| _____ | ) Judge: Hon. Oliver W. Wanger |

    **IT IS HEREBY STIPULATED** by and between the parties hereto,

and through their respective attorneys of record herein, that the

government's response to defendant's pending motion to dismiss

shall be filed by July 13, 2011, any reply shall be filed by July

20, 2011, and the hearing on the motion now set for July 18,

2011, may be continued to **July 25, 2011, at 9:00 a.m.**

    The reason for the continuance is to allow for further case

preparation, investigation, and plea negotiations.  The parties

stipulate and agree that the interests of justice served by

granting this continuance outweigh the best interests of the

public and the defendant in a speedy trial and that the delay

from the continuance shall be excluded from the calculation of

time under the Speedy Trial Act pursuant to 18 U.S.C.

1   §§ 3161(h)(7)(A) and (B)(iv).

2   Dated: June 29, 2011                    Respectfully submitted,

3                                           BENJAMIN B. WAGNER
                                            United States Attorney
4
                                    By:   /s/ Ian L. Garriques
5                                         IAN L. GARRIQUES
                                          Assistant U.S. Attorney
6

7   Dated: June 29, 2011            By:   /s/ Marc J. Days
                                          MARC J. DAYS
8                                         Attorney for Defendant
                                          Jose Gutierrez-Valenzuela
9

10

11                            **O R D E R**

12        The intervening period of delay shall be excluded in the

13   interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

14   3161(h)(7)(B)(iv).
     IT IS SO ORDERED.
15
     **Dated:    June 30, 2011**              /s/ Oliver W. Wanger
16                                         UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28