BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:09-cr-00215 OWW |
| Plaintiff, | STIPULATION TO CONTINUE MOTION SCHEDULE AND MOTION HEARING; ORDER |
| v. | |
| JOSE GUTIERREZ-VALENZUELA, | Date: September 19, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the government's response to defendant's pending motion to dismiss shall be filed by August 26, 2011, any reply shall be filed by September 12, 2011, and the hearing on the motion now set for July 25, 2011, may be continued to **September 19, 2011, at 9:00 a.m.**

The reason for the continuance is to allow for further case preparation, investigation, and plea negotiations. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of

time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

```
Dated: July 12, 2011              Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                             By:  /s/ Ian L. Garriques
                                  IAN L. GARRIQUES
                                  Assistant U.S. Attorney

Dated: July 12, 2011         By:  /s/ Marc J. Days
                                  MARC J. DAYS
                                  Attorney for Defendant
                                  Jose Gutierrez-Valenzuela
```

**O R D E R**

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

IT IS SO ORDERED.

**Dated:   July 14, 2011**                    **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE