DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Jose Gutierrez-Valenzuela

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:09-cr-00215 OWW |
| Plaintiff, ) | STIPULATION TO CONTINUE MOTIONS HEARING; ORDER |
| v. ) | |
| JOSE GUTIERREZ-VALENZUELA, ) | Date:  October 11, 2011 |
| Defendant. ) | Time:  9:00 A.M. |
| ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the hearing on motions now set for September 19, 2011, may be continued to October 11, at 9:00 A.M.**

This continuance is requested by counsel for defendant to allow additional time for defense investigation prior to hearing. The requested continuance will conserve time and resources for both counsel and the court and also allow for continuity of counsel in these proceedings.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                 Respectfully submitted,

                 BENJAMIN B. WAGNER
                 United States Attorney

DATED: September 15, 2011    /s/ Ian Garriques
                 IAN GARRIQUES
                 Assistant United States Attorney
                 Attorney for Plaintiff

                 DANIEL J. BRODERICK
                 Federal Defender

DATED: September 15, 2011    /s/ Marc Days
                 MARC DAYS
                 Assistant Federal Defender
                 Attorney for Defendant
                 JOSE GUTIERREZ-VALENZUELA

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

  IT IS SO ORDERED.

**Dated:   September 15, 2011**    **/s/ Oliver W. Wanger**
                 UNITED STATES DISTRICT JUDGE