DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Jose Gutierrez-Valenzuela

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-00215 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING; ORDER |
| v. | ) | |
| JOSE GUTIERREZ-VALENZUELA, | ) | Date: June 11, 2012<br>Time: 8:30 A.M.<br>Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that a new sentencing schedule be set as follows:

| **Event:** | **Present Date:** | **Requested New Date:** |
|---|---|---|
| Report Available | April 6, 2012 | April 27, 2012 |
| Informal Objections Due | April 30, 2012 | May 21, 2012 |
| Formal Objections Due | May 14, 2012 | June 4, 2012 |
| Sentencing Hearing | May 21, 2012 - 8:30 A.M. | June 11, 2012 - 8:30 A.M. |

This continuance is requested by counsel for defendant. Defendant is housed at the Lerdo Detention Facility in Bakersfield and additional time was necessary to schedule Defendant's interview with the U.S. Probation Officer.  As a result, more time is needed to allow the Probation Officer the necessary time to prepare the Presentence Investigation Report, and the parties will need additional time to communicate and/or file any objections to the report once it has been provided to counsel.  Assistant United States Attorney Ian Garriques has no objection to this requested continuance.  The requested

continuance will provide for the necessary time to prepare and review the Presentence Investigation Report prior to hearing and will conserve time and resources for both counsel and the court.

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED:  April 12, 2012        /s/  Ian Garriques
                              IAN GARRIQUES
                              Assistant United States Attorney
                              Attorney for Plaintiff


                              DANIEL J. BRODERICK
                              Federal Defender


DATED:  April 12, 2012        /s/  Marc Days
                              MARC DAYS
                              Assistant Federal Defender
                              Attorney for Defendant
                              JOSE GUTIERREZ-VALENZUELA


**O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

**Dated:   April 12, 2012**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing Schedule
and Hearing; [Proposed] Order                     2